**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**AT COVINGTON**

**CRIMINAL ACTION NO. 15-37-DLB-CJS**

**UNITED STATES OF AMERICA**                                               **PLAINTIFF**

**V.**                          **ORDER ADOPTING**
                         **REPORT AND RECOMMENDATION**

**GARY MAYS**                                                     **DEFENDANT**

\*\*\*     \*\*\*     \*\*\*     \*\*\*

This matter is before the Court upon the Report and Recommendation ("R&R") of United States Magistrate Judge Candace J. Smith (Doc. # 30), wherein she recommends that the Court revoke Defendant Gary May's supervised release and impose a sentence of eleven (11) months, with no supervised release to follow. During the Final Revocation Hearing, conducted by Judge Smith on September 25, 2017, (Doc. # 28), Defendant admitted to violating the terms of his supervised release, as set forth in the August 29, 2017 Violation Report. (Doc. # 27).

Defendant having waived his right to allocution, (Doc. # 28), and the time period for filing objections to the R&R having run, this matter is now ripe for the Court's consideration. The Court having reviewed the R&R, and concluding that it is sound in all respects, including the recommended sentence and the basis for said recommendation, and being otherwise sufficiently advised,

**IT IS ORDERED** as follows:

(1) The Magistrate Judge's Report and Recommendation ("R&R") (Doc. # 30) is hereby **ADOPTED** as the findings of fact and conclusions of law of the Court;

(2) Defendant is found to have **VIOLATED** the terms of his supervised release;

(3) Defendant's supervised release is hereby **REVOKED**;

(4) Defendant is sentenced to the **CUSTODY** of the Attorney General for a period of **eleven (11) months**, with no supervised release to follow;

(5) Defendant is **ordered to pay his fine of $1,500.00** and **make restitution (currently owed in the amount of $10,777.00)**, jointly and severally with his co-Defendants, as previously imposed by the United States District Court for the Southern District of Ohio in its sentencing of Defendant, (Doc. # 1-3 at 6), and any payment plan established for making such payments shall commence within thirty (30) days of Defendant being released from any term of imprisonment imposed..

(6) The Court recommends that the Bureau of Prisons place Defendant at the federal correctional facility located close to the Northern Kentucky/Greater Cincinnati area, for service of the sentence imposed;

(7) Defendant is ordered to self surrender on **January 16, 2018, by no later than 2:00 p.m.,** to the United States Marshal's Office in Covington, Kentucky; and

(8) A Judgment shall be entered contemporaneously herewith.

This 6th day of January, 2018.



Signed By:
*David L. Bunning*
United States District Judge